IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

### ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: **2:23-cv-00118-Z**

2. Style of case: ***Palo Duro Village Cooperative v. Amguard Insurance Company***

3. Nature of suit: **Breach of Contract**

4. Method of ADR used: **Mediation**

5. Date ADR session was held: **October 30, 2024**

6. Outcome of ADR: **Settled**

7. What was your TOTAL fee: **$2,400.00**

8. Duration of ADR: **7.0 hours**

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    (Provider)          **David Russell, Mediator**

    Plaintiff           ***Palo Duro Village Cooperative***
                        **Rose Crandall, Marie Fowler, Bruce Tate, Becky Williams, Glenda Wilkerson, Darlene Pulliam**
                        **Board Members and Representatives of Plaintiff**

                        **Marty Rowley**
                        **Matthew S. Merriott**
                        **Attorneys for Plaintiff**

    Defendant           ***Amguard Insurance Company***
                        **Steve Sinkway, Esq, Berkshire Hathaway, Inc.**
                        **Representative of Defendant**

                        **Rhonda Thompson**
                        **Joey Parsons**
                        **Attorneys for Defendant**

10. Provider information:

      /s/ *David M. Russell*                                    October 31, 2024
David M. Russell                                             Date
david@srlawtx.com
SMITHEE & RUSSELL, LLP
320 S. Polk, Suite 920
Amarillo, TX 79101
(806) 322-9200 - Telephone
(806) 322-9201 - Fax

Please provide the names, addresses, and telephone numbers of counsel:

**Plaintiff(s):**

marty@martyrowley.com
Marty Rowley
MARTY L. ROWLEY, PC
600 S. Tyler, Suite 1500
Amarillo, Texas 79101

matthew@lovell-law.net
Matthew S. Merriott
LOVELL ISERN & FARABOUGH, LLP
112 S.W. 8th Avenue, Suite 1000
Amarillo, Texas 79101

**Defendant(s):**
rthompson@thompsoncoe.com
Rhonda Thompson
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201-2832

joey@mhrwp.com
Joey Parsons
MAYFIELD HEINRICH RAHLFS WEABER & PASONS, LLP
320 S. Polk, Suite 1000
Amarillo, Texas 79101